UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-22162-JEM

JULIO LEE HERNANDEZ,

    Plaintiff,

vs.

GALENOS MEDICAL CENTER CORP.,
and MARIA C. ELOY,

    Defendants.
_____/

## JOINT PLANNING AND SCHEDULING REPORT

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1(b)(2) the undersigned counsels for Plaintiff Julio Lee Hernandez, ("Hernadez"), Galenos Medical Center Corp. ("Galenos") and Maria C. Eloy ("Eloy") this Joint Planning and Scheduling Report as follows:

    **A.**    **Likelihood of Settlement:** At this point, the parties view settlement as unlikely. Discovery is needed so the parties can have a better idea of each sides' evidence and the strengths of their claims and defenses.

    **B.**    **Likelihood of appearance in the action of additional parties**: Defendant believes he may join an additional Defendant and move to dismiss another but does not anticipate needing more time than that stipulated. Defendant will try to stipulate to party substitution with counsel for Plaintiff.

    **C.**    **Proposed limits on time**: The parties propose the following schedule:

| Date | Event |
|---|---|
| November 2, 2020 | Deadline to join additional parties and amend claims. |
| November 28, 2020 | Plaintiff to disclose Expert(s) and Expert Reports on Affirmative Claims. |

| | |
|---|---|
| December 15, 2020 | Exchange List of Fact Witnesses intended to be called at trial (to be timely supplemented). |
| December 26, 2020 | Defendants to disclose Expert(s) and Expert Reports. |
| December 14, 2020 | Complete Fact Discovery. |
| February 22, 2021 | Complete Expert Discovery. |
| March 1, 2021 | File Dispositive Motions. |
| March 12, 2021 | File Daubert Motions. |
| March 15, 2021 | Mediation completed. |
| April 15, 2021 | File Motions *in Limine* and all other pretrial motions. |
| May 5, 2021 | File Responses to Dispositive Motions. |
| May 16, 2021 | Exchange Exhibits. |
| June 3, 2021 | Serve Deposition Designations. |
| June 10, 2021 | Serve Deposition Cross Designations. |
| June 17, 2021 | Serve Deposition Re-Direct Designations. |
| July 2, 2021 | Joint Pretrial Stipulation. |
| July 1, 2021 | Witness and Exhibit Lists. |
| July 8, 2021 | Joint Summary of Respective Motions *in Limine* filed. |
| July 15, 2021 | Final Proposed Jury Instructions, Witness Synopses, Proposed *Voir Dire* Questions, and Deposition Designations. |
| July 22, 2021 | Calendar Call – Final Pre-trial conference. |
| July 29, 2021 | 3-day Jury Trial. |

**D.** **Proposals for simplification of issues:** At this point the parties believe this is not a complex case that can be completed within the timeframes proposed *supra*.

**E.** **Necessity of amendments to the pleadings:** Plaintiff may timely amend his pleading as authorized by the applicable rules and will seek leave of Court should he need to amend after the applicable deadlines.

**F.** **Possibility of obtaining admissions of fact and of documents, electronically stored information ("ESI"), or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, ESI or things, and the need for advance rulings from the Court on admissibility of evidence:** The parties will formulate a Discovery plan that minimizes the need for Court involvement.

**G.      Suggestions for avoidance of unnecessary proof and of cumulative evidence:** The parties will work diligently to avoid cumulative evidence and to streamline discovery information.

**H.      Suggestions on the advisability of referring matters to a Magistrate Judge or Master:** The parties agree to have the Magistrate Judge rule on all Discovery disputes and on motions for attorney's fees and costs.

**I.      Preliminary estimate of the time required for trial:** The parties agree that trial in this matter could take approximately three (3) days.

**J.      Requested date or dates for conferences before trial, a final pretrial conference, and trial:** (1) Final pretrial conference: July 22, 2021; (2) Trial: July 29, 2021.

**K.      Any issues about:**

**(i)      Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced:** The parties will work diligently to resolve any issues regarding disclosure, discovery or preservation without the need for court intervention. More specifically, the parties agree to use the framework of this Court's ESI Checklist and when a final agreement is reached, submit it to the Court.

**(ii)      Claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert those claims after production – whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502:** The parties will work diligently to resolve any issues regarding claims of privilege.

**(iii)      When the parties have agreed to use the ESI Checklist available on the Court's website (www. flsd.usgourts.gov):** The parties will use the ESI Checklist from this Court's website or a checklist that is substantially similar to it.

Dated: July 22, 2020

## SERVICE LIST

| *Galenos Medical Center Corp and, Maria C. Eloy.* | *Julio Lee Hernandez* |
|---|---|
| Eduardo A. Maura<br>Florida Bar No. 91303<br>Luis F. Quesada<br>Florida Bar No. 1010305<br>**Ayala Law P.A.**<br>1390 Brickell Avenue, 335<br>Miami, FL 33131<br>Phone: 305-570-2208<br>Facsimile: 305-503-7206<br>eayala@ayalalawpa.com | Zandro E. Palma<br>Florida Bar No. 24031<br>**The Law Offices of Zandro E. Palma, P.A.**<br>9100 S. Dadeland Blvd, Suite 1500<br>Miami, FL 33156<br>Phone: 305-446-1500<br>Facsimile: 305-446-1502<br>zep@thepalmalawgroup.com |

Richard Tuschman, Esq.
Florida Bar No. 907480
**Richard D. Tuschman, P.A.**
8551 W. Sunrise Blvd. Ste. 303.
Plantation, FL 33322
Phone: 754-551-5630
rtuschman@gtemploymentlawyers.com

By: */s/Eduardo A. Maura*
    Eduardo A. Maura