UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22162-CIV-MARTINEZ/OTAZO-REYES

JULIO LEE HERNANDEZ,

       Plaintiff,

v.

GALENOS MEDICAL CENTER CORP., et al.,

       Defendants.

_____/

## MEDIATOR'S REPORT

      Mediation was held on December 10, 2020, with all parties and their counsel present via video conference.   A settlement was reached.

      Respectfully submitted,

      **GRAYROBINSON, P.A.**
      333 S.E. 2nd Avenue, Suite 3200
      Miami, Florida 33131
      Telephone: (305) 416-6880
      Facsimile:   (305) 416-6887


      BY:___/s/ Marlene Quintana_____
            Marlene Quintana, Mediator
            Florida Bar No.: 88358
            marlene.quintana@gray-robinson.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.


BY:   /s/ Marlene Quintana
          Marlene Quintana, Mediator