UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-22162-CIV-MARTINEZ-OTAZO-REYES

JULIO LEE HERNANDEZ,

    Plaintiff,

vs.

GALENOS MEDICAL CENTER CORP., et al.,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a Mediator's Report, [ECF No. 19], indicating that the parties have reached a settlement in this matter.  It is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The parties shall file a Motion for Settlement Approval that complies with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The proposed settlement shall be on the record. *See Mercado v. Snyder*, No. 2:15-cv-14101-ROSENBERG/LYNCH, 2015 WL 11142629, at *1 (S.D. Fla. Dec. 11, 2015); *Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227, 1245–46 (M.D. Fla. 2010).

2.    Additionally, the parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**.

3.    The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of December, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record